**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | |
| | ) | **ORDER** |
| 6,030 SQUARE FEET OF LAND IN | ) | |
| CITY OF PORTAL, BURKE | ) | Case No. 4:06-cv-100 |
| COUNTY, NORTH DAKOTA; | ) | |
| UPS SUPPLY CHAIN SOLUTIONS, | ) | |
| ET AL., and UNKNOWN OWNERS, | ) | |
| | ) | |
| Defendants. | ) | |

Upon motion of the United States for an Order dismissing the Burke County Director of Tax Equalization, and the North Dakota State Tax Commissioner as party defendants in the above-captioned case, and for good cause shown,

**IT IS ORDERED** that the Burke County Director of Tax Equalization, and the North Dakota State Tax Commissioner are dismissed as party defendants in this action.

Dated this 22nd day of March, 2007.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court